# EXHIBIT 1

State Court Filings and Docket

STATE OF SOUTH CAROLINA,                        )
                                                )     IN THE COURT OF COMMON PLEAS
COUNTY OF *Richland*                            )
*CLIVE MALCOLM CAMPBELL*                        )
*REVOCABLE LIVING TRUST* Plaintiff,             )     SUMMONS
                                                )     FILE NO. **2025CP400** 70691
vs *First Citizens Bank*                        )
*& Trust*                                       )
                              Defendant.        )

TO THE DEFENDANT ABOVE-NAMED:

   YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.


_*Richland*_____ , South Carolina

                                                      _*Attorney*_____
                                                      Plaintiff/Attorney for Plaintiff

Dated: _*10/15/2*_____

                              Address: _*168 New Creek Drive*_____
                                       *Blythewood, SC 29016*

SCCA 401 (5/02)

SOUTH CAROLINA
JUDICIAL BRANCH

STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

IN THE COURT OF COMMON PLEAS

Civil Action Coversheet

CLIVE MALCOLM CAMPBELL
REVOCABLE LIVING TRUST

Plaintiff(s)

Case No. **2025CP400** 7069

v.

FIRST CITIZENS BANK & TRUST,
Defendant(s)

**Submitted By: Clive Campbell**
**Address: 768 Near Creek Drive**
**Blythewood, SC 29016**

**SC Bar Number:** _____
**Telephone #: 516-641-3933**
**Fax #:** _____
**Other:** _____
**Email: cmcampbell916@gmail.com**

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. **This form is NOT required to be filed in E-Filed Cases.**

**DOCKETING INFORMATION (*Check all that apply*)**

***If Action is Judgment/Settlement do not complete***

☐ **JURY TRIAL** demanded in complaint.
☒ **NON-JURY TRIAL** demanded in complaint.
☐ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Certificate Attached)

**Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.**

Submitting Party Signature: *Clive Campbell*
Date: ___10/15/2025___

SCCA 234 (Revised 11/2024)

SOUTH CAROLINA
JUDICIAL BRANCH

## Nature of Action (Check one box below)

**Contracts**
☐ Constructions (100)
☐ Debt Collection (110)
☐ General (130)
☐ Breach of Contract (140)
☐ Fraud/Bad Faith (150)
☐ Failure to Deliver/Warranty (160)
☐ Employment Discrim (170)
☐ Employment (180)
☐ Other (199)

**Torts- Professional Malpractice**
☐ Dental Malpractice (200)
☐ Legal Malpractice (210)
☐ Medical Malpractice (220)
☐ Notice of Intent Case #
_____
☐ Notice File. Med Mal (230)
☐ Other (299)

**Torts- Personal Injury**
☐ Conversion (310)
☐ Motor Vehicle Accident (320)
☐ Premises Liability (330)
☐ Products Liability (340)
☐ Personal Injury (350)
☐ Wrongful Death (360)
☐ Assault/Battery (370)
☐ Slander/Libel (380)
☐ Other (399)

**Inmate Petitions**
☐ PCR (500)
☐ Mandamus (520)
☐ Habeas Corpus (530)
☐ Other (599)

**Real Property**
☐ Claim & Delivery (400)
☐ Condemnation (410)
☐ Foreclosure (420)
☐ Mechanic's Lien (430)
☐ Partition (440)
☐ Possession (450)
☐ Building Code Violation (460)
☐ Other (499)

**Judgments/Settlements**
☐ Death Settlement (700)
☐ Foreign Judgment (710)
☐ Magistrate's Judgment (720)
☐ Minor Settlement (730)
☐ Transcript Judgment (740)
☐ Lis Pendens (750)
☐ Transfer of Structured Settlement Application Payment Rights (760)
☐ Confession of Judgment (770)
☐ Petition for Workers Compensation Settlement Approval (780)
☐ Incapacitated Adult Settlement (790)
☐ Other (799)

**Administrative Law/Relief**
☐ Reinstate Driver's License (800)
☐ Judicial Review (810)
☐ Relief (820)
☒ Permanent Injunction (830)
☐ Forfeiture- Petition (840)
☐ Forfeiture- Consent Order (850)
☐ Other (899)

**Special/Complex/Other**
☐ Environmental (600)
☐ Automobile Arb. (610)
☐ Medical (620)
☐ Pharmaceuticals (630)
☐ Unfair Trade Practices (640)
☐ Out of State Depositions (650)
☐ Motion to Quash Subpoena in an Out of County Action (660)
☐ Pre-Suit Discovery (670)
☐ Permanent Restraining Order (680)
☐ Interpleader (690)
☐ Other (699)

**Appeals**
☐ Arbitration (900)
☐ Magistrate- Civil (910)
☐ Magistrate- Criminal (920)
☐ Municipal (930)
☐ Probate Court (940)
☐ SCDOT (950)
☐ Worker's Comp (960)
☐ Zoning Board (970)
☐ Public Service Comm. (990)
☐ Employment Service Comm. (991)
☐ Other (999)

IN THE COURT OF COMMON PLEAS

RICHLAND COUNTY, SOUTH CAROLINA -- EQUITY DIVISION

**2025CP400** 7ᴏᴜ0\

CLIVE MALCOLM CAMPBELL,

**Authorized Trustee for the CLIVE MALCOLM CAMPBELL REVOCABLE**

**LIVING TRUST,**

**Plaintiff,**

**v.**

**FIRST-CITIZENS BANK & TRUST COMPANY,**

**Defendant.**

C/A No: _____

**BILL OF COMPLAINT IN EQUITY**

(Re: Delaware UCC Filing No. 2025-4668965)

**I. JURISDICTION AND STANDING**

1. This action is brought in Equity pursuant to the inherent jurisdiction of this Court to grant relief where no adequate remedy exists at law.

1

2. Venue is proper in Richland County because the subject property, a 2025 Infiniti QX60, VIN #5N1AL1HU6SC354272, is located within this County and the relevant contracts were executed herein.

3. Plaintiff appears in equity as the Authorized Trustee of the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST (hereafter "Trust"), asserting equitable ownership perfected through a Delaware UCC-1 Financing Statement, File No. 2025-4668965.

## II. STATEMENT OF FACTS

4. On June 25, 2025, Plaintiff executed a Retail Installment Sale Contract with Dick Smith Infiniti, financed by First-Citizens Bank & Trust Company under loan account ending in 0531.

5. Plaintiff's signed application constituted the primary instrument of value and collateral, enabling creation of book-entry credit under the Federal Reserve Act.

6. The instrument was subsequently monetized and assigned CUSIP #72202E385 through the PIMCO Investment Grade Credit Bond Fund, confirming its securitization (Exhibit A).

7. Defendants failed to disclose the securitization proceeds, constituting material non-disclosure, inequitable concealment, and unjust enrichment.

8. On June 26, 2025, Plaintiff executed a Security Agreement – Vehicle Collateral, granting the Trust a continuing security interest in the 2025 Infiniti QX60 and all related rights, contracts, chattel paper, and proceeds (Exhibit C).

9. The Trust perfected its security interest by filing a Delaware UCC-1 Financing Statement (File No. 2025-4668965), listing as Debtors: CLIVE MALCOLM CAMPBELL, Dick Smith Infiniti, and First-Citizens Bank & Trust Company; and as Secured Party: the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST (Exhibit B).

10. The filing established first-priority status under 6 Del. C. § 9-301 and 9-322.

11. The subject retail installment account remains in current status and has not entered default. Plaintiff has maintained good faith and clean hands in all dealings.

### III. EQUITABLE TENDER AND IGNORED SETTLEMENT

12. Plaintiff, acting in good faith, tendered lawful instructions and applications of the Trust's perfected security interest for equitable settlement and setoff of the obligation. These clean-hands tenders were ignored by Defendants without justification or reply.

13. Despite the Plaintiff's lawful tender of settlement, Defendants continued to retain payments and proceeds from securitization of the same instrument. Such conduct offends the maxim that he who seeks equity must do equity, and that equity abhors unjust enrichment.

14. Defendant's concealment of proceeds and refusal to account constitutes constructive fraud, triggering the maxim that equity will not suffer a wrong to be without a remedy.

15. Plaintiff has acted at all times with clean hands, having made equitable tenders of reconciliation, while Defendant's silence and retention of monetized value warrant disgorgement of all unjustly held proceeds.

3

## IV. CHRONOLOGY OF ADMINISTRATIVE NOTICES

16. On July 27, 2025, Plaintiff transmitted a Demand for Accounting, Securitization Inquiry, and CUSIP Conversion by certified mail, requesting disclosure of all proceeds, bond identifiers, and third-party assignments derived from the Retail Installment Contract. No reply was received within ten (10) days.

17. On August 1, 2025, Plaintiff issued a Notice and Instruction to Apply Security Interest to Principal Account for Set-Off, directing Defendants to reconcile the account in accordance with the Trust's perfected security interest and Delaware UCC filing. This correspondence was received but not rebutted.

18. On August 22, 2025, Plaintiff sent a Notice of Non-Response and Opportunity to Cure via certified mail, affording Defendants a final opportunity to correct and reconcile. No response, rebuttal, or performance occurred.

19. Defendants' continued silence after multiple lawful notices constitutes acquiescence, bad-faith default, and consent to equitable relief. The Trust has therefore exhausted all private administrative remedies, establishing standing for judicial intervention.

## V. CAUSES IN EQUITY

COUNT I – DECLARATORY RELIEF (EQUITABLE TITLE)

Plaintiff seeks declaration that the Delaware UCC-1 vests equitable and legal title in the Trust, rendering the debt discharged and the vehicle free of lien. See Ex parte Moss, 256 S.C. 226 (1971).

## COUNT II – CONSTRUCTIVE TRUST AND ACCOUNTING

Plaintiff seeks a constructive trust upon all proceeds derived from the monetized Retail Installment Contract and a full accounting of all related financial transactions. See Brown v. South Carolina Nat'l Bank, 284 S.C. 357 (1985).

## COUNT III – UNJUST ENRICHMENT AND DISGORGEMENT

Defendants, having received consideration and proceeds through the securitization and trading of Plaintiff's note (CUSIP #72202E385, PIMCO Investment Grade Credit Bond Fund), retained those benefits while continuing to demand payments from the same underlying instrument.

Such conduct constitutes double recovery, unjust enrichment, and ultra vires activity beyond lawful fiduciary authority. Equity demands disgorgement—the compelled return of all profits, yields, and gains wrongfully obtained—to restore the status quo and prevent unjust enrichment.

Maxims Applied: Equity regards as done that which ought to be done; Equity abhors unjust enrichment; No one should profit from his own wrong.

## COUNT IV – INJUNCTIVE RELIEF

Plaintiff requests injunction restraining Defendants from reporting, collecting, or transferring the alleged balance pending reconciliation.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for equitable relief as follows:

1. Declaration that the obligation has been satisfied and discharged by monetization;

2. Recognition of the Trust as superior secured party under Delaware UCC-1 File No. 2025-4668965;

3. Order requiring release of all liens on the 2025 Infiniti QX60;

4. Order of disgorgement requiring Defendant to surrender all proceeds, gains, and securitization benefits derived from the monetization of Plaintiff's signed instrument and any related CUSIP-linked securities;

5. Declaration that Defendant's retention of securitization proceeds without disclosure constitutes constructive fraud and ultra vires conduct;

6. Application of the maxim that Equity follows the law, but will not permit the law to be used as an instrument of injustice, mandating restitution and full reconciliation of the account to zero; and

7. Such other equitable relief as this Court deems just and proper.


Respectfully submitted,

_Clive Campbell_
Clive Malcolm Campbell
Authorized Trustee for
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST
Date: _10/15/2025_

6

**EXHIBIT LIST**

Exhibit A – CUSIP Evidence (PIMCO Investment Grade Credit Bond Fund – CUSIP #72202E385)

Exhibit B – Delaware UCC-1 Financing Statement (File No. 2025-4668965)

Exhibit C – Security Agreement – Vehicle Collateral (dated June 26, 2025)

Exhibit D – Certification of Trust (CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST)

Exhibit E – Affidavit & Public Notice of Secured Party Status (The Columbia Star, February 3, 2025)

Exhibit F – Retail Installment Sale Contract (First Citizens Bank / Dick Smith Infiniti)

Exhibit G – Certified Mail Copy – Demand for Accounting, Securitization Inquiry & CUSIP Conversion (July 27, 2025)

Exhibit H – Certified Mail Copy – Notice and Instruction to Apply Security Interest to Principal Account for Set-Off (August 1, 2025)

Exhibit I – Certified Mail Copy – Notice of Non-Response and Opportunity to Cure (August 22, 2025)


Filed in Equity – Richland County, South Carolina

## Your CUSIP Results are as follows:

**CLIVE CAMPBELL (ACCT 910013320531 [FIRST CITIZENS BANK])**
**PIMCO Investment Grade Credit Bond Fund**

| | |
|---|---|
| Symbol: | PCNNX |
| CUSIP: | **72202E385** |
| MINOR: | JASCX |
| | 470259508 |
| | $66,766,000.00 |
| Inception Date: | 04/27/2018 |
| Net Assets: | $12,400,396,000.00 as of |
| | 6/19/2025 |

**A little about the Fund:**

PIMCO Investment Grade Credit Bond Fund seeks maximum total return consistent with preservation of capital and prudent investment management by investing in investment grade corporate fixed income securities. The Fund's average portfolio duration is three to seven years. The Fund's benchmark is Bloomberg U.S. Credit Index.



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
(516) 641-3933

**B. E-MAIL CONTACT AT FILER (optional)**
CMCAMPBELL9168@GMAIL.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CLIVE-MALCOLM CAMPBELL

768 NEAR CREEK DRIVE

BLYTHEWOOD, SC 29016

US

Delaware Department of State
U.C.C. Filing Section
Filed: 06:15 PM 06/29/2025
U.C.C. Initial Filing No: 2025 4668965

Service Request No: 20253219189

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| **1a. ORGANIZATION'S NAME** | |
| DICK SMITH INFINITI | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3670 FERNANDINA ROAD | COLUMBIA | SC | 29210 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| **2a. ORGANIZATION'S NAME** | |
| FIRST-CITIZENS BANK & TRUST COMPANY | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 239 FAYETTEVILLE STREET | RALEIGH | NC | 27601 | US |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| | |
|---|---|
| **3a. ORGANIZATION'S NAME** | |
| CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 768 NEAR CREEK DRIVE | BLYTHEWOOD | SC | 29016 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

The Secured Party, the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST, a private express trust established and publicly noticed as of February 3, 2025, asserts and maintains a superior perfected security interest and beneficial equitable title in the collateral described herein, superior in law and equity to any and all claims by the named Debtors, their assigns, agents, successors, or affiliated institutions, including without limitation any bank, dealership, or financial entity. This claim is perfected pursuant to the Uniform Commercial Code as adopted in South Carolina (S.C. Code Ann. §§ 36-9-101 through 36-9-809), and enforceable through both Article 9 secured transaction law and common law trust doctrine. Covered Collateral includes:   All rights, titles, interests, claims, and entitlements—legal and equitable—held by the Debtors in the following described property:   2025 INFINITI QX60 AUTOGRAPH AWD  VIN: 5N1AL1HU6SC354272  Fair Market Value: $78,230.00 USD   All instruments, applications, contracts, underwriting records, assignments, lien filings, and securitization documents, whether recorded or unrecorded, directly or indirectly connected to the procurement, financing, transfer, or disposition of said vehicle.   All proceeds, as defined under S.C. Code Ann. § 36-9-102(a)(64), including but not limited to cash, accounts, chattel paper, payment intangibles, accounts receivable, and beneficial interests arising from any conveyance, securitization, lien, or pledge of the property

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
SECURITY AGREEMENT, CERTIFICATION OF TRUST, AFFIDAVIT & DECLARATION OF STATUS ON RECORD FOR PUBLIC NOTICE

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME |
|---|
| DICK SMITH INFINITI |

OR

| 18b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| CAMPBELL | CLIVE | MALCOLM | |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 768 NEAR CREEK DRIVE | BLYTHEWOOD | SC | 29016 | US |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**22. ☑ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME |
|---|
| US DEPARTMENT OF TREASURY |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVENUE, NW | WASHINGTON | DC | 20220 | US |

**23. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**24. MISCELLANEOUS:**

# UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| OR **9b. INDIVIDUAL'S SURNAME** | |
| **FIRST PERSONAL NAME** | |
| **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| **10a. ORGANIZATION'S NAME** | | | | |
| OR **10b. INDIVIDUAL'S SURNAME** | | | | |
| **INDIVIDUAL'S FIRST PERSONAL NAME** | | | | |
| **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | | | | **SUFFIX** |
| **10c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | |
| OR **11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **11c. MAILING ADDRESS** | **CITY** | **STATE** POSTAL CODE | **COUNTRY** |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**
listed above.    All intangible interests, rights to credit creation, derivative instruments, insurance claims, collateral assignments, and constructive or resulting trust interests, arising from the misuse of the Trust's financial standing, denial of credit, or fraudulent concealment of value under color of lien.    All claims and remedies in equity available to the Secured Party under South Carolina law, including but not limited to enforcement of resulting or constructive trusts, rescission of fraudulent conveyances, replevin, specific performance, and equitable lien subrogation or priority recognition.    This filing constitutes a public notice of priority interest under S.C. Code Ann. § 36-9-203 (Attachment and enforceability of security interest) and § 36-9-607 (Collection and enforcement by secured party), and shall serve as

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest) | 16. Description of real estate: |

**17. MISCELLANEOUS:**

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |

OR

| | |
|---|---|
| 9b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| 10a. ORGANIZATION'S NAME | | | | | |

OR

| | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S SURNAME | | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**11. ☐ ADDITIONAL SECURED PARTY'S NAME** or **☐ ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |

OR

| | | | |
|---|---|---|---|
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
`record evidence of the Trust's legal and equitable interest in the above-described property, as well`
`as its entitlement to all present and future proceeds derived therefrom.`

| | |
|---|---|
| **13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14.** This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing |
| **15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | **16.** Description of real estate: |

**17. MISCELLANEOUS:**

International Association of Commercial Administrators
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

**20251770650**

06/26/2025 04:21 PM   Page 1 of 4
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

RECORDING REQUESTED BY

NAME: Clive Campbell

WHEN RECORDED MAIL TO:

NAME: Clive Campbell

ADDRESS: P.O BOX 22

CITY/STATE/ZIP: BLYTHEWOOD, SC 29016

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

## SECURITY AGREEMENT (2025 INFINITI QX60 AUTOGRAPH AWD)
### (DOCUMENT TITLE)

**SECURITY AGREEMENT**
**Between:**
**CLIVE MALCOLM CAMPBELL, Debtor**
**and**
**CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST, Secured Party**

Date: June 26, 2025

This Security Agreement (the "Agreement") is entered into by and between the undersigned, CLIVE MALCOLM CAMPBELL, a living man (hereinafter "Debtor"), and the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST, by and through its Trustee, CLIVE MALCOLM CAMPBELL (hereinafter "Secured Party").

Recitals:

**WHEREAS**, the Debtor has granted, and hereby affirms the granting of, a present and continuing security interest in the below-described property to the Secured Party, and

**WHEREAS**, this Security Agreement constitutes formal record of the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST's legal and equitable interest in the described collateral, and serves as the enforceable basis for the attachment and perfection of a security interest under the South Carolina Uniform Commercial Code, including but not limited to S.C. Code Ann. § 36-9-102(a)(73) (defining "security agreement") and § 36-9-203 (attachment and enforceability of security interest).

NOW THEREFORE, for valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:

## ARTICLE I – COLLATERAL DESCRIPTION

Debtor hereby grants to Secured Party a first-position security interest in the following property:

- 2025 INFINITI QX60 AUTOGRAPH AWD
- Vehicle Identification Number (VIN): 5N1AL1HU2SC352132
- Current Value: $78,230.00 USD
- Title/Ownership Document: In possession of Trustee as authorized representative of the Trust

Including, without limitation, all proceeds, substitutions, renewals, additions, and accessions thereto.

1 |

## ARTICLE II – RIGHTS OF SECURED PARTY

1. Ownership: All rights, title, interest, use, and control of the collateral are held in trust by the Secured Party.
2. Lien Protection: The Secured Party retains the right to file and maintain UCC financing statements and take legal action against any party encumbering this property without consent.
3. Default Remedies: In the event of interference or trespass, the Secured Party may exercise all rights provided by law, including but not limited to enforcement of UCC § 9-625 and state lien correction procedures.

## ARTICLE III – DEFAULT

Default shall include, but not be limited to:

- Any unauthorized lien placed by a third party;
- Transfer, pledge, or hypothecation without written consent of the Secured Party;
- Misrepresentation regarding ownership or title by any outside party.

Upon default, all remedies at law or equity become immediately available to Secured Party, including recovery of property and filing of statutory damages.

## ARTICLE IV – MISCELLANEOUS

1. Governing Law: This Agreement shall be governed under the Uniform Commercial Code and applicable trust and property law of the State of South Carolina.
2. Recordation: This Security Agreement shall be enforceable upon signature and may be recorded with public notice or in any private or public registry.
3. Signatures: This Agreement shall be signed voluntarily and without duress by the undersigned parties.

IN WITNESS WHEREOF, the undersigned have executed this Security Agreement on the date written above.

Debtor: _____
Clive Malcolm Campbell, living man

Secured Party: _____
Clive Malcolm Campbell, Trustee
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST

2 |

## NOTARY ACKNOWLEDGMENT

State of South Carolina
County of Richland

On this ⟨26⟩ day of June, 2025, before me, the undersigned Notary Public, personally appeared Clive Malcolm Campbell, to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Notary Public Signature: ⟨Earl J Simpson⟩

Printed Name: ⟨EARL F. SIMPSON JR⟩

Commission Expires: ⟨4/20/2032⟩

Seal:
⟨Earl F. Simpson Jr.
Notary Public for South Carolina
Commission Expires: 04/20/2032⟩

**20251400488**

05/20/2025 03:00 PM  Page 1 of 3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

**Recording Requested By:**
Clive Malcolm Campbell
**When Recorded, Mail To:**
P.O. Box 22
Blythewood, South Carolina 29016

---

## CERTIFICATE OF REVOCABLE LIVING TRUST

**Trust Name:** CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST
**Date of Trust Creation:** February 3rd, 2025
**Grantor:** Clive Malcolm Campbell
**Trustee:** Clive Malcolm Campbell
**Mailing Address of Trustee:** P.O. Box 22, Blythewood, South Carolina 29016

I, the undersigned, hereby certify as follows:

1. That the above-referenced trust is a valid revocable living trust, established under the laws of the State of South Carolina, and is currently in full force and effect.
2. That Clive Malcolm Campbell, as the original grantor, is also the sole trustee, and is fully authorized to act on behalf of the trust in all fiduciary, legal, financial, and administrative capacities.
3. That the trust is the designated legal and financial vehicle responsible for the management and administration of the private estate of Clive Malcolm Campbell, including but not limited to all real, personal, intangible, and intellectual property interests.
4. That the trust has not been revoked, modified, or amended in any manner which would cause the representations in this Certificate to be incorrect.
5. That this Certificate is made to confirm the authority of the trustee in connection with matters involving the Internal Revenue Service, including but not limited to responding to IRS Letter 6042C, verifying trust and estate affairs, and affirming lawful administrative capacity under any EIN assigned.
6. That no other person or entity has authority over the trust or the estate it manages unless amended by written instrument signed by the grantor/trustee.

This Certificate of Trust is executed this 20th day of May, 2025.

Clive Malcolm Campbell,
Grantor and Trustee

**ACKNOWLEDGMENT**

**State of South Carolina**
**County of Richland**

On this 20th day of May, 2025, before me personally appeared Clive Malcolm Campbell, who satisfactorily proven to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public Signature: _Earl J Simpson_

My Commission Expires: _4/20/2032_

[Seal]

Earl F. Simpson Jr.
Notary Public for South Carolina
Commmission Expires: 04/20/2032

# THE COLUMBIA STAR

## COLUMBIA, SOUTH CAROLINA

State of South Carolina
County of Richland

Personally appeared before me,
**J. MICHAEL MADDOCK,**
**PUBLISHER OF THE COLUMBIA STAR,**
who makes oath that the advertisement

**PUBLIC NOTICE**
Notice is hereby given that the Clive Malcolm Campbell,
a Revocable Living Trust dated February 3, 2025 is in
existence, et al.

a clipping of which is attached hereto, was printed in
**THE COLUMBIA STAR,** a weekly newspaper of
general circulation published in the City of Columbia,
State and County aforesaid, in the issues of

February 7, 14, 21 and 28, 2025

_____
J. Michael Maddock, Publisher

Sworn to before me on this
28ᵗʰ day of February, 2025

_____
Tammie M. Maddock, Notary Public
My commission expires June 27, 2026

**PUBLIC NOTICE:**
Notice is hereby given that the CLIVE MALCOLM CAMPBELL, a Revocable Living Trust dated February 3 2025, is in existence and currently active. The Trustee of this trust, Clive-Malcolm Campbell, maintain full authority over the assets and administration of the trust in accordance with its terms.
Any person or entity having claims against the trust, or seeking information regarding its administration, should direct all inquiries to:
Clive-Malcolm: Campbell
P.O Box #23, Blythewood, SC 29016
Clive-Malcolm: Campbell, Trustee
CLIVE MALCOLM CAMPBELL, Revocable Living Trust

# THE COLUMBIA STAR
## COLUMBIA, SOUTH CAROLINA

State of South Carolina
County of Richland

Personally appeared before me,
**J. MICHAEL MADDOCK,**
**PUBLISHER OF THE COLUMBIA STAR,**
who makes oath that the advertisement

**PUBLIC NOTICE OF SECURED PARTY STATUS**
**& LIEN CLAIM**
**(Trust established by public notice on February 3, 2025)**

Notice is hereby given that the Clive Malcolm Campbell
Revocable Living Trust (the "Secured Party"), duly constituted
And publicly noticed on February 3, 2025, et al.

a clipping of which is attached hereto, was printed in
**THE COLUMBIA STAR,** a weekly newspaper of
general circulation published in the City of Columbia,
State and County aforesaid, in the issues of

August 8, 15, and 22, 2025

_____
J. Michael Maddock, Publisher

Sworn to before me on this
22nd day of August, 2025.

_____
Tammie M. Maddock, Notary Public
My commission expires June 27, 2026

**PUBLIC NOTICE OF SECURED PARTY STATUS & LIEN CLAIM**
(Trust established by public notice on February 3, 2025)
Notice is hereby given that the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST (the "Secured Party"), duly constituted and publicly noticed on February 3, 2025, acting by and through its undersigned Trustee, asserts and maintains a perfected security interest and beneficial equitable title in all legal names, accounts, chattels, instruments, proceeds, and after-acquired property referable to the Debtor(s) identified below. This notice is published pursuant to UCC §§ 1-201(b)(35) & 9-102 et seq., the common-law maxim that equity regards as done that which ought to be done, and in fulfillment of the Trustee's fiduciary duty of constructive notice to all potential purchasers, creditors, and assignees.

1. Debtor(s)
Any and all legal entities, public transmissions, trade-names, trusts, accounts, or persons utilizing or derived from the name "CLIVE MALCOLM CAMPBELL," together with their successors, assigns, agents, officers, and affiliates.

2. UCC Filing Reference
Financing Statement No. 2025-4466709, filed with the Delaware Secretary of State on June 20, 2025, together with additional filings recorded in other jurisdictions.

3. Notice to Respond
Any party claiming an adverse or superior interest must deliver a written rebuttal within thirty (30) days after the date of final publication to the address below. Failure to rebut shall constitute acquiescence, waiver, and estoppel, and the lien shall be deemed uncontested and perfected as a matter of record and equity.

4. Correspondence Address
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST c/o Trustee, Secured Party P.O. Box 22, Blythewood, South Carolina 29016

DealerTrack

## *LAW* 553-SC-eps 8/24

**RETAIL INSTALLMENT SALE CONTRACT**
**SIMPLE FINANCE CHARGE**

*2331057  KJ*

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CLIVE CAMPBELL<br>768 NEAR CREEK DRIVE<br>BLYTHEWWOOD, SC RICHLAND, 29016 | N/A | DICK SMITH INFINITI, INC<br>3670A FERNANDINA RD<br>COLUMBIA, SC 29210 |
| Cell: N/A | Cell: N/A | |
| Email: CMCAMPBELL916@GMAIL.COM | Email: N/A | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2025 | INFINITI QX60 | 5N1AL1HU2SC352132 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 1,500.00  is |
|---|---|---|---|---|
| 7.54 % | $ 19,548.16 | $ 78,230.00 | $ 97,778.16 | $ 99,278.16 |

**Returned Check Charge:** You agree to pay a charge of $30.00 if any check you give us is dishonored.

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use
If a payment is not received in full within ___N/A___ days after it is due, you will pay a late charge of $ _N/A_ or ___N/A___ % of the part of the payment that is late, whichever is less.
If this box is not checked, the late charge shown in the "Federal Truth-In-Lending Disclosures" still applies.

### Your Payment Schedule Will Be:

(e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1,358.03 | Monthly beginning 08/09/2025 |
| One Final Payment Of | $ N/A | On  N/A |
| N/A | | |

**Late Charge.** If a payment is not received in full within ___10___ days after it is due, you will pay a late charge of 5% of the part of the payment that is late, with a minimum charge of $ __10.20__ . The charge will not exceed $ __25.50__ if you bought the vehicle primarily for personal, family, or household use. We may charge the maximum and minimum late charge dollar amounts as allowed by S.C. Code Ann. 37-1-109 of the South Carolina Consumer Protection Code.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ 72 ___ Mos.

OAK SERVICES LLC
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X *E Capn*

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Signs X *E Capn*          Co-Buyer Signs X  N/A

**ITEMIZATION OF AMOUNT FINANCED**

1  Cash Price
   (including $ N/A _____ sales tax and $ 499.00 _____ closing fee)   $ _____ 71,948.00 (1)

2  Total Downpayment =
   Trade-In N/A _____
   _____ (Year)    (Make)    (Model)
   
   Gross Trade-In Allowance                                              $ _____ N/A
   Less Pay Off Made By Seller to N/A _____                            $ _____ N/A
   Equals Net Trade In                                                   $ _____ N/A
   + Cash                                                                $ _____ N/A
   + Other REBATE-1500                                                   $ _____ 1,500.00
   + Other N/A                                                           $ _____ N/A
   + Other N/A                                                           $ _____ N/A
   (If total downpayment is negative, enter "0" and see 4J below)        $ _____ 1,500.00 (2)

3  Unpaid Balance of Cash Price (1 minus 2)                              $ _____ 70,448.00 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
      Life                                          $ N/A
      Disability                                    $ N/A                $ _____ N/A
   B  Vendor's Single Interest Insurance Paid to Insurance Company       $ _____ N/A
   C  Other Optional Insurance Paid to Insurance Company or Companies    $ _____ N/A
   D  Optional Gap Contract                                              $ _____ 1,200.00
   E  Official Fees Paid to Government Agencies
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
   F  Government Taxes Not Included in Cash Price                        $ _____ N/A
   G  Government License and/or Registration Fees
      N/A
      LICENSE-27                                                         $ _____ 27.00
   H  Government Certificate of Title Fees                               $ _____ 55.00
   I  Infrastructure Maintenance Fee                                     $ _____ 500.00
   J  Other Charges (Seller must identify who is paid and describe purpose)
      to N/A              for Prior Credit or Lease Balance              $ _____ N/A
      to EASY CARE        for SERVICE CONTRACT                           $ _____ 6,000.00
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      to N/A              for N/A                                        $ _____ N/A
      Total Other Charges and Amounts Paid to Others on Your Behalf      $ _____ 7,782.00 (4)

5  Amount Financed (3 + 4)                                              $ _____ 78,230.00 (5)

---

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
_____ N/A _____ , Year _____ N/A _____ . SELLER'S INITIALS _____ N/A _____

---

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI Insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A _____ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

## Optional Credit Insurance

☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability:   ☐ Buyer   ☐ Co-Buyer   ☐ Both

Premium:
   Credit Life $ N/A _____
   Credit Disability $ N/A _____

Insurance Company Name N/A _____
N/A _____
Home Office Address N/A _____
N/A _____

CONSUMER CREDIT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

## Other Optional Insurance

☐   N/A                                  N/A
    Type of Insurance                    Term
Premium $ N/A _____
Insurance Company Name N/A _____
N/A _____
Home Office Address N/A _____
N/A _____

☐   N/A                                  N/A
    Type of Insurance                    Term
Premium $ N/A _____
Insurance Company Name N/A _____
N/A _____
Home Office Address N/A _____
N/A _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the optional credit insurance and other insurance checked above.

X N/A _____                            N/A _____
Buyer Signature                          Date

X N/A _____                            N/A _____
Co-Buyer Signature                       Date
☐ IF CHECKED, THE TERM OF OPTIONAL CREDIT INSURANCE IS LESS THAN THE TERM OF THIS CONTRACT, AS DESCRIBED ABOVE.

X N/A _____                            N/A _____
Buyer Signature                          Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

---

Buyer Signs X [signature] _____   Co-Buyer Signs X N/A _____

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the Amount Financed, and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**e. You may refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you may refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

**2. YOUR OTHER PROMISES TO US**

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.** You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type

and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe at once after we give you any notice the law requires. Default means:
- You do not make any payment when due; or
- You start a proceeding in bankruptcy or one is started against you or your property; you give false, incomplete, or misleading information during credit application; or you break any agreements in this contract; except that if you bought the vehicle primarily for personal, family, or household use, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs as the law allows. The maximum attorney's fee you will pay will be 15% of the amount you owe. You will also pay the reasonable expenses we incur in realizing on our security interest as the law allows.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully without entering into a dwelling used as a current residence. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney's fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us, unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest rate permitted by applicable law.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
You agree that you will, within a reasonable time, notify us of any change in your contact information.

7. **APPLICABLE LAW**
Federal law and the law of the state of South Carolina apply to this contract.

8. **NEGATIVE CREDIT REPORT NOTICE**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X *C Campbell*     Co-Buyer Signs X N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X *C Campbell*     Date June 25, 2025   Co-Buyer Signs X N/A     Date N/A
Buyer Printed Name CLIVE CAMPBELL     Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A     Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A     Address N/A
Seller signs DICK SMITH INFINITI, INC     Date June 25, 2025   By X _____     Title F&I

Seller assigns its interest in this contract to First Citizens Bank     (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse     [X] Assigned without recourse     ☐ Assigned with limited recourse
Seller DICK SMITH INFINITI, INC

By X _____     Title F&I

**LAW** FORM NO. 553-SC-eps (REV. 8/24)
©2024 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

LAW 553-SC-eps 8/24 v1    Page 4 of 4

## CERTIFICATION OF ORIGINAL DOCUMENT
### Electronic Original® Paper Out® Process

I, the individual signing below, hereby certify that:

I am an employee or agent of the Organization named below (the "Organization"). The Organization utilizes the electronic document creation, authentication, storage, and management software provided by eOriginal, Inc. (the "Software"). I am authorized by the Organization to access, print copies of, export, and manage the transition of original electronic documents on behalf of the Organization through use of the Software (each an "Electronic Original"). I use the Software on behalf of the Organization in accordance with the Organization's internal procedures and in the ordinary course of business of the Organization. I rely upon the operation of the Software, and the computer on which I access the Software, on a regular basis and in the ordinary course of business of the Organization. The Organization relies upon the operation of the Software and the accuracy of the Electronic Original documents produced and maintained by the Software in the ordinary course of the Organization's business.

The documents provided with this Certification (collectively, the "Document") are listed on the attached "Request to eCore® for Paper Out®" (the "Inventory"). I created the Document in accordance with the Organization's business processes as more fully described below. At the time I used the Software to create the Document, the Software and the computer on which I accessed the Software were properly functioning.

To create the Document, the individual named in the Inventory under "Requested By" (the "Requester") instructed the Software to either cause the Electronic Original to be printed to paper or to convert the Electronic Original to a portable electronic copy. The Requester's instructions to the Software were authorized by the individual named on the Inventory under "Authorized By" (the "Approver"), causing the Software to create an electronic file of the Electronic Original. I was designated by the Approver to print or download this file and verify its contents. After printing or downloading the electronic file, I reviewed the paper copies or electronic file, as applicable, and verified that the Document is a true and accurate representation of the Electronic Original which was maintained in the Software. The Software then either destroyed the Electronic Original maintained in the Software or permanently rendered the Electronic Original maintained in the Software as a copy, in accordance with instructions provided by the Requester regarding the Organization's retention policies. This process left the Document, together with the Document History Report described below, as the sole unique, identifiable, and authoritative original document evidencing the transactions set forth therein.

Attached to the Document is a Document History Report produced by the Software which sets forth the history of the Electronic Original evidenced by the Document from creation of such Electronic Original through the date and time the Approver authorized the Requester's instructions to the Software to execute the Paper Out process allowing me to create the Document. The Document History Report sets forth all actions taken with respect of, and all access and alterations to, the Electronic Original while it was maintained by the Software. As shown in the Document History Report, the Electronic Original evidenced by the Document was created through use of the Software at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) persons with knowledge of those matters. The Electronic Original was kept in the ordinary course of business of the Organization and it was the regular practice of the Organization to make the Electronic Original.

I insert my signature below to declare under penalty of perjury that the foregoing is true and correct.

**Organization:** Digital Contracting Choice Vault with Dealertrack, Inc. as Platform Provider
**Full Name:** DCVLenderAPI UserProd

By:_____     Date: 06/26/2025





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

9589 0710 5270 3021 6903 94

Sent To First Citizens Bank Attn: Contact Loan Servicing
P.O. Box 26592
Raleigh, NC 27611

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Citizens Bank
Attn: Contact Loan Servicing
P.O. Box 26592
Raleigh, NC 27611

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9454 5069 7315 73

2. Article Number (Transfer from service label)
9589 0710 5270 3021 6903 94

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Shuaita Flea     2-27-25
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# COVER SHEET

CLIVE MALCOLM CAMPBELL, Trustee
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST
c/o 768 Near Creek Drive
Blythewood, South Carolina [29016]
Email: cmcampbell916@gmail.com

Date: July 16, 2025

Certified Mail No.: 9589 0710 5270 3021 6903 94

Return Receipt Requested

TO:
First Citizens Bank
Attention: Central Loan Servicing
P.O. Box 26592
Raleigh, NC 27611

RE: FORMAL DEMAND FOR DISCLOSURE AND TAX REPORTING NOTICE
Loan Reference: 2025 Infiniti QX60
Vehicle VIN: 5N1AL1HU2SC352132
Loan Amount: $78,230.00
Transaction Date: June 25, 2025

- Affidavit of Trustee and Demand for Full Accounting
- Affidavit of Name Publication and Status Correction
- IRS Form 1099-OID (Original Issue Discount) – Filed with First Citizens Bank as Recipient
- Certificate of Service
- Exhibit A: UCC-1 Financing Statement – File #250626-2246447, South Carolina SOS
- Exhibit B: Affidavit of Public Notice – Published February 3, 2025

Pursuant to Title 26 U.S.C. §1272 and IRS Publication 1212, the undersigned Trustee has determined that the transaction involving the 2025 Infiniti QX60 constitutes the use and/or conversion of a trust-originated instrument, namely the Manufacturer's Certificate of Origin (MCO) and Purchase Order, as collateral for asset-backed financing. Accordingly, a 1099-OID has been prepared and submitted naming First Citizens Bank as the recipient of the original issue discount income.

This filing affirms that First Citizens Bank received a financial benefit from monetizing the trust's instrument and/or security interest, triggering reporting requirements under federal tax law. The Original Issue Discount reported reflects the bank's receipt of financial gain from the transaction's structure and form. The Trust asserts a credit offset and reclamation of interest withheld.

This communication is made in good faith under the jurisdiction of equity and commercial law. Failure to rebut is accepted as acquiescence and agreement to terms stated herein.


Respectfully Submitted,

Clive Malcolm Campbell
Trustee, CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST

# CERTIFICATE OF SERVICE

I, Clive Malcolm Campbell, Trustee of the CLIVE MALCOLM CAMPBELL REVOCABLE
LIVING TRUST, hereby certify that a true and correct copy of the following
document:

- • Affidavit of Trustee and Demand for Accounting, Securitization Inquiry, and
  CUSIP Conversion Disclosure

together with all exhibits referenced therein, was served via United States Postal
Service by Certified Mail, postage prepaid, return receipt requested, to the following
address:

First Citizens Bank
Attention: Central Loan Servicing
P.O. Box 26592
Raleigh, NC 27611

On this _____ day of July, 2025.

By: _____
Clive Malcolm Campbell
Trustee, CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Raleigh, NC 27609

Certified Mail Fee    $5.30
$4.40                          0206
Extra Services & Fees                    08
□ Return Receipt (hardcopy)        $0.00
□ Return Receipt (electronic)       $0.00
□ Certified Mail Restricted Delivery  $0.00
□ Adult Signature Required          $0.00
□ Adult Signature Restricted Delivery $0.00
Postage
$2.44
Total Postage and Fees                07/30/2025
$12.14

Sent To First Citizens Bank Loan Servicing
Street and Apt. No., or PO Box No. 4300 Six Forks Road
City, State, ZIP+4® Raleigh, NC 27609

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 2410 0000 4962 0250

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Citizens Bank
Attn - Loan Servicing / Legal
Dept.
4300 Six Forks Road
Raleigh, NC 27609

9590 9402 7192 1284 2114 41

2. Article Number (Transfer from service label)
7022 2410 0000 4962 0250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SECURITY
□ Agent
□ Addressee

B. Received by (Printed Name)
C. Date of Delivery
8/1/25

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☑ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery ($500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**Letter of Instruction to Apply Security Interest for Setoff**

CLIVE CAMPBELL
c/o 768 Near Creek Drive
Blythewood, South Carolina [29016]
Phone: (516) 641-3933
Email: cmcampbell916@gmail.com

Date: July 30, 2025

Certified Mail No.: 7022 2410 0000 4962 0250

To:

First Citizens Bank
Attn: Loan Servicing / Legal Department
4300 Six Forks Road
Raleigh, NC 27609

**RE: Notice and Instruction to Apply Security Interest to Principal Account for Setoff**

Loan Account No.: XXXX-9118

Vehicle: 2025 Infiniti QX60 | VIN: 5N1AL1HU2SC352132

Installment Contract Date: June 25, 2025

To the Executive Credit Officer and Compliance Division:

I write as the original party to the retail installment sale contract referenced above and hereby issue this formal Notice of Instruction and demand under the controlling doctrines of commercial equity and the Uniform Commercial Code (UCC), as adopted by the State of South Carolina.

As evidenced in the executed contract assigned to your institution without recourse, the undersigned tendered valuable consideration and granted a security interest in the subject collateral (the vehicle) in favor of the seller and assignee. This security interest, coupled with the financial assignment executed on the same day, created a

1

STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

On this $\underline{20}$ day of July, 2025, before me, the undersigned Notary Public, personally appeared Clive M. Campbell, satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.



Notary Public Signature

My Commission Expires: _08-10-2031_

Notary Stamp:

3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)          $_____
☐ Certified Mail Restricted Delivery    $_____
☐ Adult Signature Required              $_____
☐ Adult Signature Restricted Delivery   $_____

Postage
Total Postage and Fees

First Citizens Bank Trust
4300 Six Forks Road
Raleigh, NC 27609

7022 2410 0000 4962 0182

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Citizens Bank Trust
Attn: Loan Servicing /
Legal Dept.
4300 Six Forks Road
Raleigh, NC 27609

9590 9402 9454 5069 7310 30

2. Article Number (Transfer from service label)

7022 2410 0000 4962 0182

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# NON-RESPONSE & OPPORTUNITY TO CURE

Re: Loan Account No. XXXX-9118 | Vehicle: 2025 Infiniti QX60 | VIN #5N1AL1HU6SC354272

To:
First Citizens Bank
Attn: Loan Servicing / Legal Department
4300 Six Forks Road
Raleigh, NC 27609

From:
Clive Malcolm Campbell, Trustee
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST
c/o 768 Near Creek Drive
Blythewood, South Carolina [29016]

Date: August 16, 2025
Certified Mail No.: 7022 2410 0000 4962 0182

## 1. Background

On July 30, 2025, I issued formal Notice and Instruction directing First Citizens Bank to apply the existing security interest to offset the principal obligation and to provide a full accounting ledger for Loan Account ending in 9118. Said notice also demanded disclosure of any proceeds, assignments, or securitization of the Retail Installment Sale Contract executed June 25, 2025. This notice was received by your office on August 1, 2025. As of August 16, 2025, no lawful response or rebuttal has been received.

## 2. Evidence of Securitization

Independent research and documentation confirm that the subject obligation was converted into a marketable security bearing CUSIP identifier 72202E385, linked to the PIMCO Investment Grade Credit Bond Fund (Symbol: PCNNX). This demonstrates that the Retail Installment Sale Contract was securitized and traded for value, constituting material non-disclosure and establishing that the original obligation was discharged at inception, while your institution retained unjust enrichment.

1

3. Perfection of Trust Interest

A UCC-1 Financing Statement has been properly filed and recorded in North Carolina (File No. 20250117252J, July 30, 2025) establishing the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST as the Secured Party with superior interest over the collateral, contract rights, and all proceeds of securitization.

4. Default by Silence

To date, no lawful rebuttal, ledger, or reconciliation has been received from First Citizens Bank within the allotted timeframe. Silence and non-response operate as tacit acquiescence, creating administrative estoppel and barring future denial of the facts herein.

You are hereby granted **ten (10)** days from receipt of this notice to cure by:

- Applying the perfected security interest of the Trust to discharge and zero out the alleged obligation;

- Remitting to the Trust any surplus or unjust enrichment derived from monetization of the contract;

Failure to cure within the prescribed period shall constitute a final admission and default, upon which the Trust will proceed with:

- Filing of a UCC-3 Full Assignment and enforcement of lien rights;

- Equitable Setoff and reconciliation of accounts;

- Filing of complaints with the CFPB, OCC, IRS-CID, and Federal Reserve for fraudulent concealment, unjust enrichment, and malfeasance.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Respectfully submitted,

*Clive Campbell*

Clive Malcolm Campbell, Trustee
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST

2

The following CUSIP documentation confirms that the alleged obligation under Loan Account XXXX-9118 was converted into a marketable security. This documentation is part of the official record establishing that securitization occurred without disclosure to the consumer, resulting in unjust enrichment.

Account Holder: CLIVE CAMPBELL (ACCT 910013320531 [FIRST CITIZENS BANK])

Fund: PIMCO Investment Grade Credit Bond Fund

Symbol: PCNNX

CUSIP: 72202E385

MINOR: JASCX

Identifier: 470259508

Reported Value: $66,766,000.00

Inception Date: 04/27/2018

Net Assets: $12,400,396,000.00 as of 6/19/2025

I hereby certify that on this _17_ day of August, 2025, I served the foregoing Notice of Non-Response & Opportunity to Cure with attached Exhibit A by Certified Mail, return receipt requested, upon the following party:

First Citizens Bank
Attn: Loan Servicing / Legal Department
4300 Six Forks Road
Raleigh, NC 27609


Certified Mail No.: 7022 2410 0000 4962 0182


Executed on this _17_ day of August, 2025.


Clive Malcolm Campbell, Trustee
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST


STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

On this _17_ day of August, 2025, before me, the undersigned Notary Public, personally appeared Clive Malcolm Campbell, satisfactorily proven to be the person whose name is subscribed to the foregoing instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.


Notary Public

My Commission Expires: _1-6-31_

Seal:

4

STATE OF SOUTH CAROLINA

IN THE COURT OF COMMON PLEAS

RICHLAND COUNTY – EQUITY DIVISION

CLIVE MALCOLM CAMPBELL,

Authorized Trustee for the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING

TRUST,

Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY and

DICK SMITH INFINITI, INC.,

Defendants.

C/A No. 2025CP4007061

MASTER JOINDER IN EQUITY

(Consolidating Original and Supplemental Bills of Complaint and Filed CUSIP

Evidence)

1

## I. PURPOSE AND SCOPE OF JOINDER

This filing serves as a Master Joinder in Equity, unifying and consolidating the Plaintiff's complete equitable record in this cause, incorporating by reference:

(a) The original Verified Bill of Complaint in Equity filed October 15, 2025, with process of service completed upon the Registered Agent on October 17, 2025, including all attached Exhibits and the CUSIP verification evidence originally filed therein;

(b) All administrative notices and affidavits of tender served upon Defendant First Citizens Bank & Trust Company; and

(c) The Supplemental Bill of Complaint in Equity adding Dick Smith Infiniti, Inc. as respondent and reaffirming the prior CUSIP record.

This Master Joinder is tendered to establish a single controlling record for equitable adjudication and relief. All prior pleadings and exhibits (A through H) are expressly incorporated herein.

## II. UNIFIED STATEMENT OF MATERIAL FACTS

On June 25, 2025, Plaintiff purchased a 2025 Infiniti QX60 (VIN

2

5N1AL1HU2SC352132) through Defendant Dick Smith Infiniti, which executed a Retail Installment Sale Contract ("RISC") assigned without recourse to Defendant First Citizens Bank & Trust Company.

The RISC disclosed an APR of 7.54%, Finance Charge $19,548.16, Amount Financed $78,230, and Total Sale Price $99,278.16. Add-on products totaling $7,782 (Service and GAP Contracts) were included without clear TILA/Reg Z disclosure or buyer authorization.

Plaintiff maintained performance and sent multiple notices of tender and set-off; Defendants ignored each request for accounting and reconciliation.

The CUSIP 72202E385 record (PIMCO Investment Grade Credit Bond Fund) evidencing monetization of the retail installment account was previously filed in the original Bill of Complaint and is hereby reaffirmed and re-incorporated as part of this consolidated record for clarity and continuity. Said evidence remains valid and binding within the initial filing.

## III. CONSOLIDATED CAUSES IN EQUITY

Count I – Declaratory and Accounting Relief: Plaintiff seeks a judicial declaration of monetization and a complete accounting of all funds, dealer reserves, assignments, and CUSIP-linked proceeds.

3

Count II – Reformation and Restitution under Equity and Reg Z: Defendants' non-disclosure violated 15 U.S.C. § 1601 et seq. and S.C. Code § 37-5-108. Plaintiff requests reformation of the RISC and credit for all undisclosed finance charges and monetized value.

Count III – Constructive Trust and Disgorgement: Equity requires imposition of a constructive trust over all proceeds and gains derived from C. ___ . _ _ _ _ _     and any successor instruments held or controlled by Defendants. Said CUSIP evidence, already of record in the original Complaint, is reaffirmed as the controlling exhibit evidencing monetization and unjust enrichment.

**IV. PRAYER FOR JOINDER AND RELIEF**

WHEREFORE, Plaintiff respectfully prays that this Honorable Court:

1. Accept this Master Joinder as the controlling record in Case No. 2025CP4007061;

2. Incorporate and merge all prior filings, supplements, and exhibits A–H, including the originally filed CUSIP record;

3. Order Defendants to produce a full accounting and apply reformation as equity requires;

4

4. Declare that Defendants' CUSIP-based monetization constituted unjust enrichment and constructive fraud; and

5. Grant such other and further equitable relief as the Court deems just and proper.

**Verification**

STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

I, Clive Malcolm Campbell, being duly sworn, affirm that I have read the foregoing Master Joinder in Equity and that the statements contained herein are true and correct to the best of my knowledge, information, and belief.

_(signature)_ Date: _10/29/25_

Clive Malcolm Campbell, Plaintiff

Authorized Trustee for

CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST

**EXHIBIT LIST (MASTER JOINDER)**

**Exhibit A:**

- Retail Installment Sale Contract (Dick Smith Infiniti / First Citizens Bank –
Executed June 25, 2025)

 -Truth-in-Lending Itemization (showing undisclosed add-ons and optional
GAP/Service Contracts)

-Proof of Assignment Without Recourse (Dealer to First Citizens Bank)

**Exhibit B** – Correspondence: Demand for Accounting and Disclosure (dated July 27,
2025)

**Exhibit C** – Certificate of Service upon both Defendants

**Exhibit D** – Delaware UCC-1 Financing Statement (File No. 2025-4668965) /
Security Agreement

**Exhibit E** – Certification of Trust (CLIVE MALCOLM CAMPBELL REVOCABLE LIVING
TRUST)

**Exhibit F** – First Citizens Bank CUSIP Record (PIMCO Investment Grade Credit Bond
Fund – ＿_.＿＿＿ . previously filed with the original Complaint)

# LAW 553-SC-eps 8/24

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CLIVE CAMPBELL<br>768 NEAR CREEK DRIVE<br>BLYTHEWWOD, SC RICHLAND, 29016 | N/A | DICK SMITH INFINITI, INC<br>3670A FERNANDINA RD<br>COLUMBIA, SC 29210 |
| Cell: N/A | Cell: N/A | |
| Email: CMCAMPBELL916@GMAIL.COM | Email: N/A | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2025 | INFINITI QX60 | 5N1AL1HU2SC352132 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☑ agricultural    ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1,500.00 |
|---|---|---|---|---|
| 7.54 % | $ 19,548.16 | $ 78,230.00 | $ 97,778.16 | $ 99,278.16 is |

(e) means an estimate

**Returned Check Charge:** You agree to pay a charge of $30.00 if any check you give us is dishonored.

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.
If a payment is not received in full within ___N/A___ days after it is due, you will pay a late charge of $ ___N/A___ or ___N/A___ % of the part of the payment that is late, whichever is less.
If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1,358.03 | Monthly beginning 08/09/2025 |
| One Final Payment Of | $ N/A | On  N/A |
| N/A | | |

**Late Charge.** If a payment is not received in full within ___10___ days after it is due, you will pay a late charge of 5% of the part of the payment that is late, with a minimum charge of $ ___10.20___. The charge will not exceed $ ___25.50___ if you bought the vehicle primarily for personal, family, or household use. We may charge the maximum and minimum late charge dollar amounts as allowed by S.C. Code Ann. 37-1-109 of the South Carolina Consumer Protection Code.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ 72 _____ Mos.

OAK SERVICES LLC
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _C Cmpsn_

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Signs X _C Cmpsn_     Co-Buyer Signs X _N/A_

## ITEMIZATION OF AMOUNT FINANCED

**1 Cash Price**
(including $ N/A   sales tax and $ 499.00   closing fee)   $   71,948.00 (1)

**2 Total Downpayment =**
Trade-In N/A
   (Year)    (Make)      (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller to N/A | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | N/A |
| + Other REBATE-1500 | $ | 1,500.00 |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| (If total downpayment is negative, enter "0" and see 4J below) | $ | 1,500.00 (2) |

**3 Unpaid Balance of Cash Price (1 minus 2)**   $   70,448.00 (3)

**4 Other Charges Including Amounts Paid to Others on Your Behalf**
(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
   Life             $ N/A
   Disability       $ N/A                 $   N/A

B Vendor's Single Interest Insurance Paid to Insurance Company   $   N/A

C Other Optional Insurance Paid to Insurance Company or Companies   $   N/A

D Optional Gap Contract                        $   1,200.00

E Official Fees Paid to Government Agencies

| | | | |
|---|---|---|---|
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

F Government Taxes Not Included in Cash Price       $   N/A

G Government License and/or Registration Fees
   N/A

| | | |
|---|---|---|
| LICENSE-27 | $ | 27.00 |

H Government Certificate of Title Fees           $   55.00

I Infrastructure Maintenance Fee              $   500.00

J Other Charges (Seller must identify who is paid and describe purpose)

| | | | |
|---|---|---|---|
| to N/A | for Prior Credit or Lease Balance | $ | N/A |
| to EASY CARE | for SERVICE CONTRACT | $ | 6,000.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf   $   7,782.00 (4)

**5 Amount Financed (3 + 4)**              $   78,230.00 (5)

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
_____ N/A _____ , Year N/A . SELLER'S INITIALS N/A

---

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

Buyer Signs X [signature]      Co-Buyer Signs X N/A

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

     If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
Premium:
   Credit Life $ N/A
   Credit Disability $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

**CONSUMER CREDIT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST.** Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

| | |
|---|---|
| ☐ N/A | N/A |
| Type of Insurance | Term |

Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

| | |
|---|---|
| ☐ N/A | N/A |
| Type of Insurance | Term |

Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the optional credit insurance and other insurance checked above.

X N/A       N/A
Buyer Signature       Date

X N/A       N/A
Co-Buyer Signature       Date

☐ **IF CHECKED, THE TERM OF OPTIONAL CREDIT INSURANCE IS LESS THAN THE TERM OF THIS CONTRACT, AS DESCRIBED ABOVE.**

X N/A       N/A
Buyer Signature       Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**1. FINANCE CHARGE AND PAYMENTS**

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the Amount Financed, and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**e. You may refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you may refinance the balloon payment due date without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

**2. YOUR OTHER PROMISES TO US**

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type

and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default) we may demand that you pay all you owe at once after we give you any notice the law requires. Default means:
- You do not make any payment when due; or
- You start a proceeding in bankruptcy or one is started against you or your property; you give false, incomplete, or misleading information during credit application; or you break any agreements in this contract; except that if you bought the vehicle primarily for personal, family, or household use, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs as the law allows. The maximum attorney's fee you will pay will be 15% of the amount you owe. You will also pay the reasonable expenses we incur in realizing on our security interest as the law allows.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully without entering into a dwelling used as a current residence. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney's fees and court costs the law permits are also allowed expenses. If any money is left (surplus) we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us, unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest rate permitted by applicable law.

Buyer Signs X _____    Co-Buyer Signs X N/A    LAW 553-SC-eps 8/24 v1    Page 3 of 4

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4.    WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5.    Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**6.    SERVICING AND COLLECTION CONTACTS**
In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
You agree that you will, within a reasonable time, notify us of any change in your contact information.

**7.    APPLICABLE LAW**
Federal law and the law of the state of South Carolina apply to this contract.

**8.    NEGATIVE CREDIT REPORT NOTICE**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X *C Cpm*    Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X *C Cpm*    Date June 25, 2025    Co-Buyer Signs X N/A    Date N/A
Buyer Printed Name CLIVE CAMPBELL    Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A    Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here  X N/A    Address N/A
Seller signs DICK SMITH INFINITI, INC    Date June 25, 2025    By X *Cpm*    Title F&i

Seller assigns its interest in this contract to First Citizens Bank ▮▮    (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    [X] Assigned without recourse ▮▮    ☐ Assigned with limited recourse
Seller DICK SMITH INFINITI, INC ▮▮
By X *Cpm*    Title  F&i

LAW  FORM NO. 553-SC-eps (REV. 8/24)
©2024 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
LAW 553-SC-eps 8/24 v1    Page 4 of 4

# COVER SHEET

CLIVE MALCOLM CAMPBELL, Trustee
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST
c/o 768 Near Creek Drive
Blythewood, South Carolina [29016]
Email: cmcampbell916@gmail.com

Date: July 16, 2025

Certified Mail No.: 9589 0710 5270 3021 6903 94

Return Receipt Requested

TO:
First Citizens Bank
Attention: Central Loan Servicing
P.O. Box 26592
Raleigh, NC 27611

RE: FORMAL DEMAND FOR DISCLOSURE AND TAX REPORTING NOTICE
Loan Reference: 2025 Infiniti QX60
Vehicle VIN: 5N1AL1HU2SC352132
Loan Amount: $78,230.00
Transaction Date: June 25, 2025

- Affidavit of Trustee and Demand for Full Accounting
- Affidavit of Name Publication and Status Correction
- IRS Form 1099-OID (Original Issue Discount) – Filed with First Citizens Bank as Recipient
- Certificate of Service
- Exhibit A: UCC-1 Financing Statement – File #               , South Carolina SOS
- Exhibit B: Affidavit of Public Notice – Published February 3, 2025

Pursuant to Title 26 U.S.C. §1272 and IRS Publication 1212, the undersigned Trustee has determined that the transaction involving the 2025 Infiniti QX60 constitutes the use and/or conversion of a trust-originated instrument, namely the Manufacturer's Certificate of Origin (MCO) and Purchase Order, as collateral for asset-backed financing. Accordingly, a 1099-OID has been prepared and submitted naming First Citizens Bank as the recipient of the original issue discount income.

This filing affirms that First Citizens Bank received a financial benefit from monetizing the trust's instrument and/or security interest, triggering reporting requirements under federal tax law. The Original Issue Discount reported reflects the bank's receipt of financial gain from the transaction's structure and form. The Trust asserts a credit offset and reclamation of interest withheld.

This communication is made in good faith under the jurisdiction of equity and commercial law. Failure to rebut is accepted as acquiescence and agreement to terms stated herein.

Respectfully Submitted,

Clive Malcolm Campbell
Trustee, CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST

# CERTIFICATE OF SERVICE

I, Clive Malcolm Campbell, Trustee of the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST, hereby certify that a true and correct copy of the following document:

- • Affidavit of Trustee and Demand for Accounting, Securitization Inquiry, and CUSIP Conversion Disclosure

together with all exhibits referenced therein, was served via United States Postal Service by Certified Mail, postage prepaid, return receipt requested, to the following address:

First Citizens Bank
Attention: Central Loan Servicing
P.O. Box 26592
Raleigh, NC 27611

On this ⎯16⎯ day of July, 2025.

By: _____

Clive Malcolm Campbell
Trustee, CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Citizens Bank
Attn: Cental Loan Servicing
P.O. Box 26592
Raleigh, NC 27611

9590 9402 9454 5069 7315 73

2. Article Number (Transfer from service label)

9589 0710 5270 3021 6903 94

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Shunita Alea   7-21-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To First Citizens Bank Attn Loan Central Servicing
Street and Apt. No., or PO Box No. Box 26592
City, State, ZIP+4® Raleigh, NC 27611

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**Certificate of Service**

I hereby certify that on this 29th day of October, 2025, I mailed a true and correct copy of the foregoing Master Joinder in Equity by Certified Mail, Return Receipt Requested, to the following parties:

First Citizens Bank & Trust Company:
c/o CT Corporation Systems, Registered Agent
160 Mine Lake Ct, STE 200
Raleigh, NC 27615
Certified Mail# 9589 0710 5270 3021 6905 23


Dick Smith Infiniti, Inc.:
BRIAN K SMITH, Registered Agent
9940 Two Notch Road
Columbia, SC 29223
Certified Mail# 9589 0710 5270 3021 6905 16

Clive Malcolm Campbell
Authorized Trustee for
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST

Date: 10/29/25

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
(516) 641-3933

**B. E-MAIL CONTACT AT FILER (optional)**
CMCAMPBELL9160@GMAIL.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CLIVE-MALCOLM CAMPBELL
768 NEAR CREEK DRIVE
BLYTHEWOOD, SC 29016
US

Delaware Department of State
U.C.C. Filing Section
Filed: 06:15 PM 06/29/2025
U.C.C. Initial Filing No: 2025 4668965

Service Request No: ?

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DICK SMITH INFINITI | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE / COUNTRY |
| 3670 FERNANDINA ROAD | COLUMBIA | SC | 29210 / US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE / COUNTRY |
| 239 FAYETTEVILLE STREET | RALEIGH | NC | 27601 / US |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE / COUNTRY |
| C/O 768 NEAR CREEK DRIVE | BLYTHEWOOD | SC | 29016 / US |

**4. COLLATERAL:** This financing statement covers the following collateral:
The Secured Party, the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST, a private express trust established and publicly noticed as of February 3, 2025, asserts and maintains a superior perfected security interest and beneficial equitable title in the collateral described herein, superior in law and equity to any and all claims by the named Debtors, their assigns, agents, successors, or affiliated institutions, including without limitation any bank, dealership, or financial entity. This claim is perfected pursuant to the Uniform Commercial Code as adopted in South Carolina (S.C. Code Ann. §§ 36-9-101 through 36-9-809), and enforceable through both Article 9 secured transaction law and common law trust doctrine. Covered Collateral includes: All rights, titles, interests, claims, and entitlements—legal and equitable—held by the Debtors in the following described property: 2025 INFINITI QX60 AUTOGRAPH AWD VIN: 5N1AL1HU6SC354272 Fair Market Value: $78,230.00 USD All instruments, applications, contracts, underwriting records, assignments, lien filings, and securitization documents, whether recorded or unrecorded, directly or indirectly connected to the procurement, financing, transfer, or disposition of said vehicle. All proceeds, as defined under S.C. Code Ann. § 36-9-102(a)(64), including but not limited to cash, accounts, chattel paper, payment intangibles, accounts receivable, and beneficial interests arising from any conveyance, securitization, lien, or pledge of the property

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
SECURITY AGREEMENT, CERTIFICATION OF TRUST, AFFIDAVIT & DECLARATION OF STATUS ON RECORD FOR PUBLIC NOTICE

International Association of Commercial Administrator

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

# UCC FINANCING STATEMENT ADDITIONAL PARTY

**FOLLOW INSTRUCTIONS**

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME |
|---|
| DICK SMITH INFINITI |

**OR** 18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| CAMPBELL | CLIVE | MALCOLM | |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 768 NEAR CREEK DRIVE | BLYTHEWOOD | SC | 29016 | US |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

22. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| US DEPARTMENT OF TREASURY | | | |
| **OR** 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVENUE, NW | WASHINGTON | DC | 20220 | US |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

24. MISCELLANEOUS:

# ·UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S)           SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| |

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)               SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
listed above.    All intangible interests, rights to credit creation, derivative instruments, insurance claims, collateral assignments, and constructive or resulting trust interests, arising from the misuse of the Trust's financial standing, denial of credit, or fraudulent concealment of value under color of lien.    All claims and remedies in equity available to the Secured Party under South Carolina law, including but not limited to enforcement of resulting or constructive trusts, rescission of fraudulent conveyances, replevin, specific performance, and equitable lien subrogation or priority recognition.    This filing constitutes a public notice of priority interest under S.C. Code Ann. § 36-9-203 (Attachment and enforceability of security interest) and § 36-9-607 (Collection and enforcement by secured party), and shall serve as

| **13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14.** This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| **15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | **16.** Description of real estate: |

**17. MISCELLANEOUS:**

International Association of Commercial Administrator

**FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)**

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| **OR** | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| **OR** | 10a. ORGANIZATION'S NAME |
| | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | |
|---|---|
| **OR** | 11a. ORGANIZATION'S NAME |

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**record evidence of the Trust's legal and equitable interest in the above-described property, as well as its entitlement to all present and future proceeds derived therefrom.**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

**20251770650**

06/26/2025 04:21 PM   Page 1 of 4
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

RECORDING REQUESTED BY

NAME:   Clive Campbell

WHEN RECORDED MAIL TO:

NAME:   Clive Campbell

ADDRESS:   P.O BOX 22

CITY/STATE/ZIP:   BLYTHEWOOD, SC 29016

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

## SECURITY AGREEMENT (2025 INFINITI QX60 AUTOGRAPH AWD)
### (DOCUMENT TITLE)

**SECURITY AGREEMENT**
**Between:**
**CLIVE MALCOLM CAMPBELL, Debtor**
**and**
**CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST, Secured Party**

Date: June 26, 2025

This Security Agreement (the "Agreement") is entered into by and between the undersigned, CLIVE MALCOLM CAMPBELL, a living man (hereinafter "Debtor"), and the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST, by and through its Trustee, CLIVE MALCOLM CAMPBELL (hereinafter "Secured Party").

Recitals:

**WHEREAS,** the Debtor has granted, and hereby affirms the granting of, a present and continuing security interest in the below-described property to the Secured Party, and

**WHEREAS,** this Security Agreement constitutes formal record of the CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST's legal and equitable interest in the described collateral, and serves as the enforceable basis for the attachment and perfection of a security interest under the South Carolina Uniform Commercial Code, including but not limited to S.C. Code Ann. § 36-9-102(a)(73) (defining "security agreement") and § 36-9-203 (attachment and enforceability of security interest).

NOW THEREFORE, for valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:


# ARTICLE I – COLLATERAL DESCRIPTION

Debtor hereby grants to Secured Party a first-position security interest in the following property:

- 2025 INFINITI QX60 AUTOGRAPH AWD
- Vehicle Identification Number (VIN): 5N1AL1HU2SC352132
- Current Value: $78,230.00 USD
- Title/Ownership Document: In possession of Trustee as authorized representative of the Trust

Including, without limitation, all proceeds, substitutions, renewals, additions, and accessions thereto.

## ARTICLE II – RIGHTS OF SECURED PARTY

1. Ownership: All rights, title, interest, use, and control of the collateral are held in trust by the Secured Party.
2. Lien Protection: The Secured Party retains the right to file and maintain UCC financing statements and take legal action against any party encumbering this property without consent.
3. Default Remedies: In the event of interference or trespass, the Secured Party may exercise all rights provided by law, including but not limited to enforcement of UCC § 9-625 and state lien correction procedures.

## ARTICLE III – DEFAULT

Default shall include, but not be limited to:

- Any unauthorized lien placed by a third party;
- Transfer, pledge, or hypothecation without written consent of the Secured Party;
- Misrepresentation regarding ownership or title by any outside party.

Upon default, all remedies at law or equity become immediately available to Secured Party, including recovery of property and filing of statutory damages.

## ARTICLE IV – MISCELLANEOUS

1. Governing Law: This Agreement shall be governed under the Uniform Commercial Code and applicable trust and property law of the State of South Carolina.
2. Recordation: This Security Agreement shall be enforceable upon signature and may be recorded with public notice or in any private or public registry.
3. Signatures: This Agreement shall be signed voluntarily and without duress by the undersigned parties.

IN WITNESS WHEREOF, the undersigned have executed this Security Agreement on the date written above.

Debtor: _____
Clive Malcolm Campbell, living man

Secured Party: _____
Clive Malcolm Campbell, Trustee
CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST

# NOTARY ACKNOWLEDGMENT

State of South Carolina
County of Richland

On this 26 day of June, 2025, before me, the undersigned Notary Public, personally appeared Clive Malcolm Campbell, to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Notary Public Signature: _Earl J. Simpson_____

Printed Name: _Earl F. Simpson Jr._____

Commission Expires: _4/20/2032_____

Seal:

Earl F. Simpson Jr.
Notary Public for South Carolina
Commmission Expires: 04/20/2032

**20251400488**

05/20/2025 03:00 PM   Page 1 of 3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

**Recording Requested By:**
Clive Malcolm Campbell
**When Recorded, Mail To:**
P.O. Box 22
Blythewood, South Carolina 29016

---

## CERTIFICATE OF REVOCABLE LIVING TRUST

**Trust Name:** CLIVE MALCOLM CAMPBELL REVOCABLE LIVING TRUST
**Date of Trust Creation:** February 3rd, 2025
**Grantor:** Clive Malcolm Campbell
**Trustee:** Clive Malcolm Campbell
**Mailing Address of Trustee:** P.O. Box 22, Blythewood, South Carolina 29016

I, the undersigned, hereby certify as follows:

1. That the above-referenced trust is a valid revocable living trust, established under the laws of the State of South Carolina, and is currently in full force and effect.
2. That Clive Malcolm Campbell, as the original grantor, is also the sole trustee, and is fully authorized to act on behalf of the trust in all fiduciary, legal, financial, and administrative capacities.
3. That the trust is the designated legal and financial vehicle responsible for the management and administration of the private estate of Clive Malcolm Campbell, including but not limited to all real, personal, intangible, and intellectual property interests.
4. That the trust has not been revoked, modified, or amended in any manner which would cause the representations in this Certificate to be incorrect.
5. That this Certificate is made to confirm the authority of the trustee in connection with matters involving the Internal Revenue Service, including but not limited to responding to IRS Letter 6042C, verifying trust and estate affairs, and affirming lawful administrative capacity under any EIN assigned.
6. That no other person or entity has authority over the trust or the estate it manages unless amended by written instrument signed by the grantor/trustee.

This Certificate of Trust is executed this 20th day of May, 2025.

Clive Malcolm Campbell,
Grantor and Trustee

**ACKNOWLEDGMENT**

**State of South Carolina**
**County of Richland**

On this 20̲ day of May, 2025, before me personally appeared Clive Malcolm Campbell, who satisfactorily proven to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public Signature: Earl J Simpson

My Commission Expires: 4/20/2032

[Seal]

Earl F. Simpson Jr.
Notary Public for South Carolina
Commmission Expires: 04/20/2032

# THE COLUMBIA STAR

## COLUMBIA, SOUTH CAROLINA

State of South Carolina
County of Richland

Personally appeared before me,
**J. MICHAEL MADDOCK,**
**PUBLISHER OF THE COLUMBIA STAR,**
who makes oath that the advertisement

**PUBLIC NOTICE**
Notice is hereby given that the Clive Malcolm Campbell,
a Revocable Living Trust dated February 3, 2025 is in
existence, et al.

a clipping of which is attached hereto, was printed in
**THE COLUMBIA STAR,** a weekly newspaper of
general circulation published in the City of Columbia,
State and County aforesaid, in the issues of

February 7, 14, 21 and 28, 2025

_signature_

J. Michael Maddock, Publisher

Sworn to before me on this
28th day of February, 2025

_signature_

Tammie M. Maddock, Notary Public
My commission expires June 27, 2026

**PUBLIC NOTICE:**
Notice is hereby given that
the CLIVE MALCOLM
CAMPBELL, a Revocable
Living Trust dated
February 3 2025, is in
existence and currently
active. The Trustee of this
trust, Clive-Malcolm:
Campbell, maintain full
authority over the assets
and administration of the
trust in accordance with
its terms.
Any person or entity hav-
ing claims against the
trust, or seeking informa-
tion regarding its adminis-
tration, should direct all
inquiries to:
Clive-Malcolm: Campbell
P.O Box #22, Blythewood,
SC 29016
Clive-Malcolm: Campbell,
Trustee
CLIVE MALCOLM
CAMPBELL, Revocable
Living Trust

## Your CUSIP Results are as follows:

**CLIVE CAMPBELL (ACCT 910013320531 [FIRST CITIZENS BANK])**
**PIMCO Investment Grade Credit Bond Fund**
Symbol:              PCNNX
CUSIP:               72202E385
MINOR:               JASCX
                     470259508
                     $66,766,000.00
Inception Date:      04/27/2018
Net Assets:          $12,400,396,000.00 as of
                     6/19/2025

**A little about the Fund:**

PIMCO Investment Grade Credit Bond Fund seeks maximum total return consistent with
preservation of capital and prudent investment management by investing in investment
grade corporate fixed income securities. The Fund's average portfolio duration is three to
seven years. The Fund's benchmark is Bloomberg U.S. Credit Index.





# Richland County
# Fifth Judicial Circuit
# Public Index



Richland County Home Page   Online Payments   Public Index   City of Columbia Municipal Ct   S.C. Judicial Department   Summary Ct Dockets

Switch View

## Clive Malcolm Campbell Revocable Living Trust , plaintiff, et al vs First Citizens Bank & Trust

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2025CP4007061 | **Court Agency:** | Richland County Common Pleas | **Filed Date:** | 10/15/2025 |
| **Case Type:** | Common Pleas | **Case Sub Type:** | Permanent Injunc 830 | **File Type:** | Non-Jury |
| **Status:** | Pending | **Assigned Judge:** | Clerk Of Court C P, G S, And Family Court | | |
| **Disposition:** | | **Disposition Date:** | | **Disposition Judge:** | |
| **Original Source Doc:** | | **Original Case #:** | | | |
| **Judgment Number:** | | **Court Roster:** | | | |

| Case Parties | Judgments | Tax Map Information | Associated Cases | Actions | Financials |
|---|---|---|---|---|---|

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| Clive Malcolm Campbell Revocable Living Trust | Master Joinder In Equity | Filing | | 10/29/2025-10:20 | | 📄 |
| Campbell, Clive Malcolm | Affidavit/Affidavit of Service, Proof Of Delivery To Registe | Filing | | 10/20/2025-11:43 | | 📄 |
| Clive Malcolm Campbell Revocable Living Trust | Summons & Complaint | Filing | | 10/15/2025-11:55 | | 📄 |

CMSWeb 7.2 © 2024 South Carolina Judicial Branch • All rights reserved